IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE | Case No. BK15-80898 |
| JOSEPH ALLEN HARTLEY. <br> RACHEL KAY HARTLEY | Chapter 7 |
| Debtors. | Honorable Thomas L. Saladino |

### TRUSTEE'S AMENDED MOTION TO AUTHORIZE INTERIM DISTRIBUTION INCLUDING COMPENSATION FOR TRUSTEE AND NOTICE OF OBJECTION/RESISTANCE DATE

**COMES NOW** Richard D. Myers, the duly elected, acting and qualified Trustee herein, and moves the Court for an Order authorizing him to distribute funds to creditors on an interim basis as follows:

1. Trustee is the duly appointed, qualified and acting Chapter 7 Trustee in this case.

2. As of the date of the dictation of this Motion, Trustee holds the sum of $1,482,036.49 in the bankruptcy's account but the Trustee has previously distributed funds, for administrative expenses and in payment of the pre-petition claims of the Internal Revenue Service as authorized by the compromise agreement between the estate and the debtor (See Filings 195 and 181) and to Fraser Stryker, PC, LLO (See Filings 158 and 164). Based upon the fact that the remaining asset of the estate is pending litigation in another jurisdiction, which may not be concluded for an extended period, and rather than delay distribution to creditors, Trustee proposes to distribute $1,000,000.00 as an interim distribution at the current time pursuant to the attached proposed distribution schedule, which is attached hereto, marked Exhibit "A", and by this reference made a part hereof. Trustee has reserved $648,185.14 which represents the pro-rata share of the $1,000,000.00 interim distribution which would otherwise be due to Independence Bank (not proposed to be distributed here due to pending litigation) for their claims filed herein as Claim Nos. 9 and 10.

3. Based on such distribution, Trustee seeks authority to pay himself a commission of $58,814.25, representing twenty-five percent of the first $5,000.00, ten percent of the next $45,000.00 and five percent of the next $950,000.00, and three percent of the amounts, if any, in excess of $1,000,000.00, which have been or are now being distributed and seeks reimbursement of expenses to date in the amount of $511.50.

**The last day to object or resist this pleading is:  February 19, 2018.**

Objections or resistances must be filed with the United States Bankruptcy Court before the last objection/resistance date as set forth above.  Such objection or resistance shall set forth the specific factual and legal basis for the objection/resistance and conclude with a particular request for relief.  If an objection/resistance is filed without the specific factual and legal basis included, the matter will be submitted to the Judge without hearing.

If the objection period expires without the filing of any objection/resistance, the Court will consider entering an order granting relief by the undersigned sought, without further hearing.

If an objection or resistance is properly and timely filed, the Court will set the matter for a hearing in the Courtroom or by telephone.

**WHEREFORE**, Trustee prays for an Order authorizing the Trustee to make the distribution to creditors as set forth in the attached exhibit.

**DATED** this 29th day of January, 2018.

By: /s/ Richard D. Myers
   Richard D. Myers, Trustee #13000
   McGill, Gotsdiner, Workman
      & Lepp, P.C., L.L.O.
   11404 West Dodge Road, Suite 500
   Omaha, NE  68154-2584
   402-492-9200
   402-492-9222 (Facsimile)
   RDM@mgwl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of January, 2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants listed on the current matrix.

/s/ Diane M. Wilson
Assistant to Richard D. Myers

#32W2983.DOC

**Proposed Distribution**                                                               Page 1 of 2

Case Number: 15-81898-TLS                                                               Date: January 29, 2018
Debtor Name: Joseph Allen Hartley                                                       PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $199,579.48 |
| | RICHARD D. MYERS<br>11404 W. Dodge Rd., Suite 500<br>Omaha, NE 68154-2584 | Administrative | 100 | $58,814.25 | $0.00 | $58,814.25 | $58,814.25 | $140,765.23 |
| | RICHARD D. MYERS<br>11404 W. Dodge Rd., Suite 500<br>Omaha, NE 68154-2584 | Administrative | 100 | $511.50 | $0.00 | $511.50 | $511.50 | $140,253.73 |
| adm-1 | FRANKEL ZACHARIA LLC<br>Suite 700<br>11404 W. Dodge St.<br>Omaha, NE 68154-2576 | Administrative | 100 | $1,653.00 | $1,653.00 | $0.00 | $0.00 | $140,253.73 |
| adm-3 | FRANKEL ZACHARIA LLC<br>Suite 700<br>11404 W. Dodge St.<br>Omaha, NE 68154-2576 | Administrative | 100 | $822.25 | $822.25 | $0.00 | $0.00 | $140,253.73 |
| admin 7 | Abrahams Kaslow & Cassman LLP<br>8712 West Dodge Rd., Suite 300<br>Omaha, NE 68114 | Administrative | 100 | $4,918.33 | $0.00 | $4,918.33 | $4,918.33 | $135,335.40 |
| admin4 | Dvorak Law Group<br>13625 California Street, Suite 110<br>Omaha, NE 68154 | Administrative | 100 | $890.50 | $0.00 | $890.50 | $890.50 | $134,444.90 |
| admin5 | MCGILL, GOTSDINER, WORKMAN & LEPP,<br>11404 W. Dodge<br>Suite 500<br>Omaha, NE 68154 | Administrative | 100 | $4,880.00 | $4,880.00 | $0.00 | $0.00 | $134,444.90 |
| admin6 | MCGILL, GOTSDINER, WORKMAN & LEPP,<br>11404 W. Dodge<br>Suite 500<br>Omaha, NE 68154 | Administrative | 100 | $101.74 | $101.74 | $0.00 | $0.00 | $134,444.90 |
| adm-2 | Fraser Stryker Pc Llo<br>500 Energy Plaza<br>409 South 17Th St<br>Omaha, Ne 68102 | Administrative | 150 | $80,187.50 | $80,187.50 | $0.00 | $0.00 | $134,444.90 |
| adm-2a | Fraser Stryker Pc Llo<br>500 Energy Plaza<br>409 South 17Th St<br>Omaha, Ne 68102 | Administrative | 150 | $13,011.16 | $13,011.16 | $0.00 | $0.00 | $134,444.90 |
| | Subtotals for Class Administrative 100.00% | | | $165,790.23 | $100,655.65 | $65,134.58 | $65,134.58 | |
| 7 | INTERNAL REVENUE SERVICE<br>c/o Patrick Ellsworth<br>ATAT Revenue Officer<br>1616 Capital Ave Suite 440<br>Omaha, NE 68102 | Priority | 280 | $884,852.75 | $884,852.75 | $0.00 | $0.00 | $134,444.90 |
| | Subtotals for Class Priority 100.00% | | | $884,852.75 | $884,852.75 | $0.00 | $0.00 | |
| 3 | First Hawaiian Bank<br>C/O Brandon R. Tomjack<br>1700 Farnam Street, Suite 1500<br>Omaha, Ne 68102 | Unsecured | 300 | $46,702.15 | $0.00 | $46,702.15 | $8,011.17 | $126,433.73 |
| 4 | First Hawaiian Bank<br>C/O Brandon R. Tomjack<br>1700 Farnam Street, Suite 1500<br>Omaha, Ne 68102 | Unsecured | 300 | $105,533.23 | $0.00 | $105,533.23 | $18,102.91 | $108,330.82 |

EXHIBIT A

Date Printed 1/29/2018 12:01:17 PM

Proposed Distribution                                                                                  Page 2 of 2

Case Number: 15-81898-TLS                                                                              Date: January 29, 2018
Debtor Name: Joseph Allen Hartley                                                                      PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 300 | $44,831.25 | $0.00 | $44,831.25 | $7,690.24 | $100,640.58 |
| 6 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 300 | $8,281.00 | $0.00 | $8,281.00 | $1,420.50 | $99,220.08 |
| 8 | Commonwealth Development Authority (Cda)<br>CDA Building, Oleai<br>PO Box 502149<br>Saipan 96950-2149 | Unsecured | 300 | $526,879.38 | $0.00 | $526,879.38 | $90,379.60 | $8,840.48 |
| 11 | SYNCHRONY BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 300 | $886.56 | $0.00 | $886.56 | $152.08 | $8,688.40 |
| 13 | Fraser Stryker Pc Llo<br>500 Energy Plaza<br>409 South 17Th St<br>Omaha, Ne 68102 | Unsecured | 300 | $50,650.08 | $0.00 | $50,650.08 | $8,688.40 | $0.00 |
| 9 | Independence Bank<br>Robert S. Catanzaro, CEO<br>1370 South County Trail<br>East Greenwich RI 02818 | Unsecured | 310 | $862,645.97 | $0.00 | $862,645.97 | $0.00 | $0.00 |
| 10 | Independence Bank<br>Robert S. Catanzaro, CEO<br>1370 South County Trail<br>East Greenwich RI 02818 | Unsecured | 310 | $1,106,813.57 | $0.00 | $1,106,813.57 | $0.00 | $0.00 |
| Subtotals for Class Unsecured 4.88% | | | | $2,753,223.19 | $0.00 | $2,753,223.19 | $134,444.90 | |
| 1 | Mutual Of Omaha Bank<br>Law Operation, Bldg 1, 3Rd Floor<br>Omaha, Ne 68175 | Secured | 400 | $54,983.24 | $0.00 | $54,983.24 | $0.00 | $0.00 |
| 2 | Us Bank Na (See 410)<br>C/O U.S. Bank Home Mortgage A Division Of Us Bank Na<br>4801 Frederica St<br>Owensboro, Ky 42301 | Secured | 400 | $186,918.52 | $0.00 | $186,918.52 | $0.00 | $0.00 |
| 12 | U.S. Bank National Association<br>C/O U.S. Bank Home Mortgage A Division Of U.S. Bank Na<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 | Secured | 400 | $129,053.46 | $0.00 | $129,053.46 | $0.00 | $0.00 |
| Subtotals for Class Secured 0.00% | | | | $370,955.22 | $0.00 | $370,955.22 | $0.00 | |
| | Totals | | | $4,174,821.39 | $985,508.40 | $3,189,312.99 | $199,579.48 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.